UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-440-BR-2

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| RHONDA NICHOLSON ASHFORD | |

On defendant's unopposed motion, the order setting defendant's conditions of release (set forth at Docket Entry 45) is hereby modified to strike Condition 7(f) to allow personal association, residence, and travel within the Eastern District of Virginia. Having found that this condition is not necessary to reasonably assure defendant's appearance or the safety of any other person or the community, the court hereby strikes Condition 7(f) and otherwise leaves the order setting defendant's conditions of release unchanged.

This 16 June 2021.

_____
W. Earl Britt
Senior U.S. District Judge